

# THE ATTORNEY GENERAL

# OF TEXAS

**AUSTIN 11, TEXAS**

GERALD C. MANN
WXXXXXXXXX
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-2211
Re: Whether membership dues in the
National Guard Association may be
paid out of appropriation to the
Adjutant General's Department.

In your letter of April 11, 1940, you request our
opinion as to whether the sum of $333.00 may be paid out of
the appropriation to the Adjutant General's Department for the
current year's membership in the National Guard Association of
the United States. In connection with the request you submit
to us certain facts furnished you by the Adjutant General of
Texas, Honorable J. Watt Page, as follows:

"The National Guard Association is the
deliberative body of the National Guard of all
the States. It largely determines the policy
of the States' armed forces in connection with
problems concerning the National Defense. Its
(the Association's) duly elected and authorized
committees are called upon, by the Military
Afairs Committees of the Senate and the House
of the United States Congress, to help those
Committees in determining laws and appropriations
concerning the National Defense, and the func-
tions of the National Guard in connection there-
with. The Committees of the National Guard
Association are also the points of liaison be-
tween the military forces of each State and the
National Defense agencies of the Government,
such as the National Guard Bureau and the War
Department.

"The Association was formed in 1878.
Its membership includes the 48 States of the
United States and the District of Columbia,
and the territories of Hawaii and Porto Rico.
This organization, through its various com-
mittees, makes a detailed study of the various
materials and equipment, such as guns, cloth-

ing, transportation, et cetera, needed for
use by the various units of the National Guard,
in order to make the National Guard an integral
and efficient unit of a well-balanced scheme
for the National Defense. The National Guard
Association is now making a study of the many
problems affecting the National Guard, caused by
the present European War situation, necessitat-
ing by this country increased training programs,
and the expansion of the National Guard and the
reorganization of many of its units in order
that the Guard shall be a part of an efficient
fighting force if called upon. Although the
Federal Government furnishes equipment and pays
the men when in training, it remains the duty
of each State to organize the various units of
the National Guard, and to house and train the
men. As stated above, the National Guard Associa-
tion makes a study of the various factors re-
lating to all of these problems, and the mem-
bers of the Association are furnished with the
information and recommendations of the various
committees. For example, no longer than three
weeks ago The Adjutant General of Texas was
called before the Senate Military Affairs Com-
mittee of Congress in Washington, D.C., along
with Committee members of the National Guard
Association, to discuss changes in the Nation-
al Defense Act.

"The State of Texas must be familiar
with the many problems of the various units of
the National Guard throughout the United States.
Should a National emergency arise, all National
Guard units will be united together for a com-
mon purpose, the National Defense. By being a
member of the National Guard Association, the
Adjutant General of Texas is advised as to the
many problems affecting the various units of the
National Guard in every State and the State
Military forces are, therefore, in a position to
better cooperate with the other States in time
of National emergency. The dues are levied at
the rate of $3.00 per each 100 men, or major
fraction thereof, in the National Guard. The
National Guard of Texas has a total enlisted and
commissioned strength of 11,378.

"It is of vital importance to the National
Guard of Texas to have information which is

gathered and disseminated by the National Guard
Association, concerning increased training pro-
grams, expansion of the various units, and var-
ious reorganization problems.  It is essential,
further, that The Adjutant General of Texas be
familiar with training and housing problems of
other States, in order that he may properly
and correctly train and house the National
Guard of Texas.  As a member of the Association
he has the benefit of detailed studies made by
the Association with respect to the use of var-
ious types of equipment used in the Army and in
the Guard.  The importance of membership in this
organization is manifest when it is realized that
every State of the Union, as well as the District
of Columbia, and the territories of Hawaii and
Porto Rico, are members."

The 46th Legislature made an appropriation of
$47,460.00 to the Adjutant General's Department for "General
Maintenance, Traveling Expenses, Bond Premiums, Extra Help, and
other Necessary Expense."  That appropriation is only one among
many other items allowed that department for specific offices,
positions and purposes.  From a reading of the facts tendered
to us in connection with your request, the desirability of mem-
bership in the National Guard Association is most apparent.
Indeed, it seems to be necessary in an effort to achieve some
cooperation between the National Guard of this State and cor-
responding units of the other states in the Union.  Present con-
ditions serve to emphasize the need of such cooperation.  At the
time the appropriations bill was handed to the Governor for
signature, it contained an appropriation of $1,000.00 for "Rifle
team fees, equipment, travel and National Guard Association
dues."  The Governor vetoed that item.  We regard the appropria-
tion of $1,000.00 as having been to a certain extent a duplica-
tion of the appropriation of $47,460.00.  The veto of the $1,000
item had the effect of decreasing the appropriation to the
Adjutant General's Department by that amount, but some of the
purposes for which said sum of $1,000.00 could have been used
are also purposes within the appropriation of $47,460.00.

It is our opinion that the dues which you mention are
necessary expenses within the item of appropriation in the sum
of $47,460.00, and may be paid out of the same.

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/Glenn R. Lewis
   Glenn R. Lewis
   Assistant

GRL:GO:wc


APPROVED APR 23, 1940
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman